**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7778**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

JEROME SMITH,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:10-cr-00217-REP-1)

_____

Submitted: April 21, 2016          Decided: April 25, 2016

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerome Smith, Appellant Pro Se. Stephen Eugene Anthony, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Smith appeals the district court's order granting his motion for a reduction in his sentence based on a retroactive amendment to the Sentencing Guidelines and imposing a proportionate reduction. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Smith's informal brief does not challenge the basis for the district court's disposition, Smith has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED